**UNITED STATES DISTRICT COURT**
for the
Western District of Texas

U. S. A. vs. Madison Mitchell                                      Docket No. 1:21-CR-48(32)-LY

### Petition for Action on Conditions of Pretrial Release

COMES NOW ___Kyona Stubbs___ , U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Madison Mitchell  who was placed under pretrial release supervision by the U.S. Magistrate Judge Susan Hightower  sitting in the court at  Austin , on the 8th day of April , 2021 under the following conditions:

See Appearance Bond an Order Setting Conditions of Release dated April 8, 2021.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

U.S. Pretrial Services alleges the defendant has violated the following condition(s) of his release:

(7)(m) Not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

On April 21, 2021, the defendant reported to the pretrial services office for drug test. The defendant admitted to the use of Percocet (oxycodone) and methamphetamines on April 7, 2021. However, the defendant was tested on April 21, 2021 and results were presumptive positive for cocaine and methamphetamines. The defendant admitted using of methamphetamines on April 19, 2021. The results were sent for confirmation testing.

PRAYING THAT THE COURT WILL ORDER: a warrant be issued for the defendant's arrest and she be brought before the court to show cause why her bond should not be revoked.

Respectfully submitted,

Kyona Stubbs
U.S. Pretrial Services Officer

Place:  Austin, Texas
Date:   April 21, 2021

**ORDER OF COURT**

The Court does concur ❌

The Court does not concur ____

Considered and ordered this 21st day of April 2021
and ordered filed and made a part of the records in
the above case.

Susan Hightower
U.S. Magistrate Judge