PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

U.S.A. vs. Madison Mitchell                                                                 Docket No. 1:21-CR-0048-32

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Kyona Stubbs, pretrial services/probation officer, presenting an official report upon the conduct of defendant Madison Mitchell, who was placed under pretrial release supervision by the U.S. Magistrate Judge Susan Hightower, sitting in the court at Western District of Texas-Austin Division on the 8th date of April, 2021 under the following conditions:

> (7)(m) Not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
>
> (7)(n) Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> The defendant failed to report for her urinalysis on August 3, 2021. Pretrial Services contacted the defendant thereafter and she reported for drug testing on August 4, 2021. The results of this specimen returned negative drug test results.
>
> On August 27, 2021, the defendant submitted a presumptively positive urinalysis for cocaine, and the results were sent for confirmation testing. The confirmation test results confirmed as a diluted specimen but not positive for cocaine.
>
> On September 8, 2021, the defendant submitted a urinalysis that was presumptively positive for cocaine. The defendant denied use of cocaine. The urinalysis was sent for confirmation testing, and the results confirmed positive for cocaine.
>
> On September 24, 2021, the defendant submitted a diluted urinalysis.
>
> The U.S. Attorney's office has been advised of these violations and concurs with the proposed course of action at this time.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the defendant's arrest and she be brought before the court to show cause why her bond should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/12/2021

PS 8
(Rev. 12/04)

| | |
|---|---|
| ORDER OF COURT | *Kyona Stubbs* (signature) |
| Considered and ordered this __12th__ day of __October__, __2021__ and ordered filed and made a part of the records in the above case. | U.S. Pretrial Services Officer    Phone Number  +1 (512) 391-8779 |
| *(signature)* | *Mandal P. Ceballos* (signature) |
| U.S. Magistrate Judge | Supervisory U.S. Pretrial Services Officer    Phone Number  210-818-7861 |
| | Place  U.S. Pretrial Services Office
727 E. Cesar Chavez, Blvd., Ste. 636
San Antonio, Texas 78206 |