UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| United States of America | § | |
| | § | |
| vs. | § | NO:  AU:21-CR-00048(32)-LY |
| | § | |
| (32) Madison Mitchell | § | |

# ORDER RESETTING BOND REVOCATION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **BOND REVOCATION HEARING** on **Wednesday, October 27, 2021 at 11:00 AM**, in Courtroom No. 6 on the Sixth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting.  The defendant shall be present if on bond.

IT IS SO ORDERED this **25th day of October, 2021.**

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE